UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. McKENZIE, JR., | ) | Case No. 4:04 CV 1196 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| STATE FARM FIRE & CASUALTY CO., | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

Pursuant to the concomitant memorandum opinion granting defendant's motion for summary judgment (Docket No. 22) and motion to dismiss case or be granted summary judgment (Docket No. 28), judgment is entered in favor of the defendant State Farm Fire & Casualty Co. and the complaint dismissed with prejudice.  This matter is concluded pursuant to Rule 58 of the Federal Rules of Civil Procedure but there is no reasonable basis on which to appeal the decision.


                        s/James S. Gallas
                        United States Magistrate Judge

Dated: March 31, 2006